UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                                                    COURT NO. 1:94CR56-DCB-002

JESUS SOLIS                                                                  DEFENDANT

### ORDER DENYING DEFENDANT'S MOTION
### TO MODIFY OR SUSPEND PAYMENT OF FINE

THIS CAUSE is before the Court on a Motion [Dkt #159] filed by Defendant for an Order modifying or suspending the payment of the fine imposed by this Court on May 29, 1996. The Court has reviewed the Motion and Response and finds that the Motion is without merit and should be denied.

WHEREFORE, IT IS ORDERED that the Motion of Defendant to modify or suspend payment of the fine imposed by this Court on May 29, 1996, is DENIED.

IT IS FURTHER ORDERED that Defendant Jesus Solis, while incarcerated, shall participate in the Inmate Financial Responsibility Program, administered by the Bureau of Prisons, in order to satisfy the financial obligation placed upon him by this Court. A copy of this Order shall be forwarded by the United States Attorney's Office to the appropriate official at the Bureau of Prisons.

SO ORDERED, this the   10th   day of   May  , 2016.

                                        s/David Bramlette
                                        HONORABLE DAVID BRAMLETTE
                                        UNITED STATES DISTRICT COURT JUDGE